IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STANLEY JOHNSON, PLAINTIFF

V. NO. 4:05CV126-D-B

CAROLYN WALKER, DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 30th day of June, 2005.

/s/ Glen H. Davidson
CHIEF JUDGE